JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON FAVOR, | NO. CV 15-2918-JGB (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| KAMALA D. HARRIS, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: August 10, 2015

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE